IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 5:10-CV-340-DLR |
| RONALD H. SATHER, BARBARA SATHER, BANK OF OKLAHOMA, N.A., | ) |
| Defendants. | ) |

## ORDER

The pleadings styled "Notice of Appointment of Fiduciary Debtor" and "Notice of Express Trust" both filed this date by Ronald H. Sather are stricken as nonsensical and irrelevant to the pending case.

IT IS SO ORDERED this 29th day of August, 2011.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE