In Admiralty
Notice of Motion to Reconsider, New found evidence.

Ronald Sather
c/o 506 Lark Lane
McAlester, Oklahoma [74501]

**NOTICE: THIS DOCUMENT IS A MATTER**
**OF PUBLIC RECORD**

*FILED*

*FEB 2 9 2012*

*WILLIAM B. GUTHRIE*
*Clerk, U.S. District Court*
*By_____ Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED SATES OF AMERICA | | |
| Plaintiff, | ) | **in Admiralty** |
| vs. | ) | Case No.6:10-cv-00340-DLR |
| | ) | |
| | ) | NOTICE OF MOTION TO |
| RONALD H SATHER, an individual | ) | RECONSIDER, NEW FOUND |
| Defendant | ) | EVIDENCE |
| | ) | |
| RONALD H SATHER | ) | INTERNATIONAL COMMERCIAL |
| 3rd Party Plaintiff | ) | CLAIM ADMINISTRATIVE |
| vs. | ) | REMEDY |
| | ) | |
| SEAN M. GREEN #978858 | ) | OBJECTION TO THE ORDER OF |
| 3rd Party Defendant | ) | SALE ISSUED 01-13-2012 |
| Ronald Sather | ) | |
| Real Party in Interest, Settler, beneficary | ) | NOTICE OF MOTION TO QUASH |

COMES NOW Ronald Sather, Third Party Intervener, settler, real party of interest

With a Notice of motion to reconsider new found evidence. Ronald Sather has exhaulted

His administrative remedy with the plaintiff and their attorneys.

### PLAIN STATEMENTS OF FACTS

1. On January 3rd, 2012 and again Ronald Sather exalted his

Administrative remedy, by Registered Mail, by Notice(ing) plaintiff, its officers,

Employees, co parties and agents. As an Operation of law declarant is required to exhaust

His administrative remedies. (See Exhibits A.)

2. As with any administrative process, Respondents may controvert the statements and

Claims made by executing and delivering a verified response point by point, in affidavit

In Admiralty
Notice of Motion to Reconsider, New found evidence.

Form, sworn and attested to, signed by respondent with evidence is support. Respondent

May agree and admit to all statements and claims made by Declarant by TACIT

PROCURATION, by remaining silent. ESTOPPEL BY ACQUIESCENCE: In the event

Respondent admits the statements and claims by TACIT PROCURATION, all issues are

Deemed settled STARE DECISIS.

3. Respondents were granted 10 days to respond to the statements and claims. As of

February 8th 2012,  No response was received.

4. On February 9th,  A Notice of Default- Opportunity to cure was sent to

Respondent's Registered mail. Respondents were granted 3 days to respond. As of

February  20th 2012, No response was received.( see Exhibit B)

5.  On February 22nd, 2012 a NOTICE OF DEFAULT was sent to respondents by

Registered Mail RE-841 342 545 US on the 2nd Administrative remedy. ( Exhibit C)

NOTICE TO THE COURT

**BY FILING THIS DEFAULT ON MY ADMINISTRATIVE**

**REMEDIES IN THE COURT , I HAVE SATISFIED THE REQUIRMENT**

**OF ENTERING THEM IN THE PRIVATE AND THE PUBLIC.**

Without waving any rights, remedies and defenses: where as I, Ronald Sather and

Granter, Settler, Third party Interest Intervener, and beneficiary of the express revocable

Trust, RONALD H. SATHER, now comes as beneficiary in the above names action

And states the following principals of law. 1. in construing trusts, unlawful purpose

Should not be imputed to the Settler. 2. The purpose for which the trust may be created,

In Admiralty
Notice of Motion to Reconsider, New found evidence.

The intent and purpose of the settler in truth is the law of the trust. 3. Ronald Sather

Expressing of the trust creates no default to him being construed as "trustee".

Ronald Sather, settler, a man, appointed Sean M. Green, DBA SEAN M GREEN, ESQ.

Bar Card #019443, as Fiduciary debtor to settle and discharge case CIV-10-340-DLR

Pro bono. As of this date 02-22-2012, he has failed to do this.. He is obliviously trying to

To avoid his fiduciary duties. This is breach of trust, and creates a tort against Ronald

Sather. This court on its own motion ought to quash this claim for failure to

State a claim by the protocols of admiralty jurisdiction, and for failure by Attorneys for

Plaintiff to exhaust administrative remedies before bringing this matter into this

"TAX SUPPORTED" court, causing fraud upon the court and tax payers of this state.

### OBJECTION TO THE ORDER OF SALE ISSUED 01-13-2012

I, Ronald Sather, a man object to the order of sale issued by Judge David L Russell

Issued 01-13-2012 (91), 02-07-20121(92), and modified 02-07-2012 (93)

All orders have been accepted for value and returned for value for discharge.

You do not have my consent. There is no dispute. I have an agreement of the

Parties.

If this is the way you are going to write it down, I need your findings of facts and

Conclusion of law that brought this order out. I have a conflicting conclusion of

Law in this matter. As settler in the RONALD SATHER TRUST, I appointed

Sean Green as the fiduciary debtor to settle this case. (The expressed intent of the

Settler is the law of the trust). Are you messing in my estate? Are you trying to

Treat Ronald Sather, a living, breathing, seneant being (see cert of live birth), as a

Dead Corps in probate court. I have never been dead. Are they any evidence of an

Ronald  Sather                    Page 3 of 6

In Admiralty
Notice of Motion to Reconsider, New found evidence.

.

Injury. Are they any evidence of a complaining witness? Are they any evidence of a

Agreement of the parties ( wet ink signed contract by both parties) . Are they any

Evidence of a cause of action?, Are they any evidence of a claim. Are they any

Evidence of a power of attorney authorizing Sean Green to represent the plaintiff?

Are they any evidence that Ronald Sather is a UNITED STATES GOVERNMENT ˙

Employee or agent? Are they any evidence, that at the time of the assumed statute

Violation, was I,  Ronald Sather, a man, preforming a function of Government?

Are they any evidence of any pay records from the UNITED STATES to Ronald

Sather, a man. Are they any evidence of jurisdiction between Ronald Sather, a living,

Breathing common law man of inherit jurisdiction, and an administrative statute

Hearing? I. Ronald Sather, a living man, came in the court:

1. in regards to that matter

2. as a friend of the court

3. To advise the court there had been a mistake

4. I had not been given proper notice.

5 That I, a common law man on the land, of inherit jurisdiction has been forced under

Duress, collusion,  and threat into a statute jurisdiction administrative

Hearing without my Consent. My inherit rights have been violated for the purpose

of stealing my House and lands through probate. Assuming that I am dead, or lost at

Sea, reducing me to Point of non-recovery. This makes everyone involved libel in

My Civil suit for breach of trust.

In Admiralty
Notice of Motion to Reconsider, New found evidence.

### True bill in commerce

Value of land in question     $5,000,000.00

Times 3 punitive     +   $15,000,000.00
        Total              20,000,000.00

Demand is now made for the sum of $20,000,000.00 in functional currency of the

 US to be paid to Ronald Sather.

### RELIEF SOUGHT TRUE BILL AND   MOTION TO QUASH

This court ought to Order Plaintiff and /or Plaintiff Attorney, jointly and severally,

To pay over to Ronald Sather the sum of $20,000,000.00 in functional currency of the

 US This Court on its own motion ought to quash the complaint of Plaintiff, as it is

Obvious Beyond dispute that the Plaintiff has stated no claim at all, only made

Unfounded Allegations having failed to exhaust administrative due process in this

 Instant matter. Failure to vacate means that the court is proceeding in clear absence of

All jurisdiction and subjects the judge to suit for injury. Absence of jurisdiction creates a

Void.

I, *Ronald. Sather,* "Third Party Interest Intervener" asseverate that the facts

 Enumerated herein are set forth in good faith with clean hands and that the same are true,

Correct, complete and not misleading, so certified without United States.

Ronald  Sather                    Page 5 of 6

In Admiralty )
Notice of Motion to Reconsider, New found evidence.

**Ronald Sather, Third Party Interest**
**Intervener,** Secured Party, Authorized Agent For:
RONALD SATHER (ens legis)

2-28-12
date



rt thumb print

## CERTIFICATION OF MAILING AND CONTENTS MAILED

I, Ronald Sather, over the age of twenty-one years, competent to witness and with
firsthand knowledge do affirm and say that on the _____ day of the _____ month,
2012, I did mail by regular first-class mail, postage prepaid the above document,
CERTIFIED MAIL 7011 0470 0001 6316 5820
NOTICE OF MOTION TO RECONSIDER, NEW FOUND EVIDENCE, MOTION TO
QUASH to the following party:

    Sean M. Green
    U.S. DEPT. OF JUSTICE, TAX DIV.
    P.O. Box 7238 Ben Franklin Station
    WASHINGTON D.C. 20044

Ronald  Sather

Ronald Sather, Secured Party
Pittsburg County
State of Oklahoma
United States of America 1776 AD

Petition for Agreement and Harmony in the Nature of a



NOTICE OF INTERNATIONAL
COMMERICAL CLAIM
ADMINISTRATIVE REMEDY

File #10340-1
RE 841342616 U.S.

Date: January 03, 2011

Declarant: Ronald Sather, Secured Party
P.O. Box 1805
McAlester [74501] Oklahoma

Respondents: Sean M. Green, DBA SEAN M GREEN, DBA IRS
U.S DEPT. OF JUSTICE
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044

Declarant by visitation is hereby exhausting his administrative remedies by Notice(ing)
Respondent and its officers and its employees and co parties and agents.

As an operation of law Declarant is required to exhaust his administrative remedies.

As with any administrative process, Respondent may controvert the statements and claims made
by Declarant by executing and delivering a verified response point by point, in affidavit form,
sworn and attested to, signed by Respondent with evidence in support. Respondent may agree
and admit to all statements and claims made by Declarant by TACIT PROCURATION by
simply remaining silent.

**ESTOPPEL BY ACQUIESCENCE**: In the event Respondent admits the statements and
claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS and
Respondent may not argue, controvert, or otherwise protest the finality of the administrative
findings in any subsequent process, whether administrative or judicial.

Respondents are granted 10 days to respond to the statements and claims herein and to provide
Respondent's own answers to inquiries.

1
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

The term '**affiant**' means Ronald Sather , living flesh and blood, actual man non legal fiction creditor, and secured party, Declarant.

The term '**Respondent**' means all U.S. court officers, employees, coparties, and agents.

The term '**Declarant**' means Ronald Sather living flesh and blood, immortal soul, actual man, non legal fiction, creditor and secured party, Affiant.

The term '**Natural Actual Man**" means the real live flesh and blood, immortal soul, non-legal fiction, and secured party man named Ronald Sather.

The term '**Notice**' means Notice of International Commercial Claim Administrative Remedy.

The term '**RONALD H SATHER**', RONALD SATHER means non living flesh and blood, a legal fiction, commercial strawman, person, individual, debtor, artificial entity, accused in civil Court case CIV 10-340-DLR and organization.

The term '**Ronald Sather**' means a living flesh and blood actual, immortal soul, actual man, non commercial strawman, non business partner beneficiary surety liable party of any legal fiction entity, non legal fiction creditor and secured party a natural actual man who is non 14th Amendment person entity under the United States Constitution and its Amendments and any other constitution and amendments.

The term "**THE UNITED STATES**" means the Delaware Corporation file# 004409

## COMMERCIAL OATH AND VERIFICATION

Pittsburg County)
              )           Commercial Oath Verified Declaration
This State of Oklahoma    )

Declarant, Ronald Sather, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law. Ronald Sather will also sign by accommodation on behalf of RONALD H SATHER.


_____
Ronald Sather


This State of Oklahoma      }
                           }      Affirmed
Pittsburg County}

Affirmed before me, _Vickie Wood_ a Notary Public, this _3rd_ day of _January_____, 2012.

_____
Notary

Notary Public
State of Oklahoma
VICKIE WOOD
COMMISSION #00007833
COMM. EXP. DEC. 17, 2014

**STATEMENT OF FACTS**

1. Declarant is not one in the same as any legal fiction entity, 14th Amendment person, individual, commercial strawman, and number created by the federal government.
2. Declarant has never knowingly, willingly and for certain and fair consideration entered into any contract that would controvert Declarant's private, natural character status.
3. Declarant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Declarant's claim on non surety status.
4. In commerce, who ever creates the liability must bring the remedy. If the remedy is not Brought, or is hidden, Declarant has the authority to create one, but you might not like how it turns out.
5. A fictitious plaintiff perpetrates a fraud upon the court. Once a fraud is established, no Truth can come from a fraud.
6. Declarant denies it can be proven that he is a UNITED STATES government employee or agent. There is no evidence **in fact,** that declarant is a UNITED STATES government employee, or agent, and declarant believes no such evidence exists.
7. Declarant denies, that at the time of the alleged code violation that he was preforming A function of government. There is no evidence **in fact,** that declarant, at the time of the Alleged code violation, was preforming a function of government, and declarant Believes that no such evidence exists.
8. Declarant denies that it can be proven that declarant has received any pay from THE UNITED STATES for being a UNITED STATES government employee, agent, or For preforming a function of government. There is no evidence **in fact** that declarant has Received any pay from THE UNITED STATES for being a UNITED STATES Employee, agent, or for preforming a function of government, and declarant believes No such evidence exists.
9. Declarant denies there is an agreement of the parties with both wet ink autographs. There is no evidence **in fact,** there is an agreement of the parties with both wet ink Autographs and declarant believes no such evidence exists.
10. Declarant denies it can be proven there is a cause of action in case CIV-10-340 There is no evidence **in fact** there is a cause of action in case CIV-10-340, and declarant Believe no such evidence exists.

## STATEMENT AND INQUIRIES

1. Respondent(s) admits Declarant is not one in the same as any Artificial Legal Fiction entity 14th Amendment person, individual, commercial strawman, co-party organization and trust created by the State of Federal government.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

2. Respondent(s) admits Declarant is not in the same as trade name defendant RONALD H SATHER. Case CS-2010-371
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

3 6: Respondent(s) admits Declarant is not the beneficiary, surety, liable party for any legal
fiction entity in particular RONALD SATHER and any artificial entities derived thereof.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

4. Respondent(s) admits Declarant has a relationship expressly aggregate with RONALD H SATHER.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

5. Respondent(s) admits who ever creates the liability must bring the remedy. If the remedy Is not brought, or is hidden, Declarant has the authority to create the remedy.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

6. Respondent(s) admits a fictitious plaintiff perpetrates a fraud on the court. Once a fraud is established, no truth can come from a fraud.
**ANSWER:** [admits/Acknowledge, if no answer is provided]

7. Respondent(s) admits that Ronald Sather is not a UNITED STATES government Employee, agent, or was preforming a function of government at the time of the Alleged code violation.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

8. Respondent(s) admits that Ronald Sather has never received any pay from THE UNITED STATES for the preforming of a function of government.
**ANSWER:** [Admits/ Acknowledge, if no answer is provided.

9. Respondent(s) admits there is no agreement of the parties between Ronald Sather, the man And THE UNITED STATES, the corporation.
**ANSWER:** [Admits/ Acknowledge, if no answer is provided.

10. Respondent(s) admits there is no cause of action in case CIV-10-340.
**ANSWER:** [Admits/ Acknowledge, if no answer is provided


## ACCOUNTING AND TRUE BILL

As per TREZEVANT V. CITY OF TAMPA 741 F. 2nd 336 (1984)

Declarant is entitled to $1785.00 per hour, $14,280.00 per day in damages times 7 days a week $99,960.00 times 58 weeks equals $5,797,680.00

Declarant is also entitled to the following as per 28 USC 1362 $325,000.00 per month 1 times
14 months equals $4,550,000.00, or equal credits.

Computed from through December 31th, 2011.

Total $10,347,680.00 Computed, corrected and adjusted through to December 31, 2011.
Declerent in good faith reserves the rights to amend and adjust the accounting.

## NOTICE TO RESPOND

Declarant grants Respondent Ten (10) days, exclusive of the day of receipt, to respond to the
statements, claims, and inquiries above. Failure to respond will constitute as an operation of
Law, the admission of Respondent by tacit procuration to the statement, claims and answers to
inquiries shall be deemed RES JUDICATA, STARE DECISIS. Failure to respond will
constitute an Estoppel by Acquiescence.
It is also mandatory that if Respondent responds to the foregoing it must be by delivering any
response to Affiant's Notice of International Administrative Remedy to Affiant's mailing
location by United States Postal Registered Mail, addressing Affiant exactly as shown below:

      Ronald Sather
      C/o Lark Lane # 506

      McAlester [74501] Oklahoma

That it is mandatory that Respondent sign and certify "under penalty of perjury complete with
SSN number under the laws of the United States of America" under 28 USC 1746 all answers or
any other correspondence in response to Affiant's Notice of Administrative Remedy, so that
Affiant can know that Affiant is dealing with the Respondent and that Respondent is held to only
those answers that are true, correct, complete, and not misleading and further;
That any facts alleged in Respondent's response must be on first hand knowledge in affidavit
form properly sworn and subscribed to.

Declarant looks forward to your timely response.

Further Declarant sayeth naught.

Given under my hand and seal this the ____ day of _____ of 2011 anno Domini.
Prepared and submitted by:

_____
Ronald Sather
Declarant



— **Registered No.**

REB4134261US

| | | |
|---|---|---|
| Reg. Fee $ | | |
| | $10.75 | |
| Handling $ | Return $ | |
| Charge | $0.00 | Receipt $2.30 |
| Postage $ | Restricted $ | |
| | $0.64 | Delivery $0.00 |
| Received by | | |

**Date Stamp**

ALESTER OK 74501

JAN 3 2012

USPS

0208
09
01/03/12

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. *(See Reverse).*

To Be Completed By Post Office

Customer Must Declare Full Value $   $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

**FROM**
74501   Ronald Sathey
P.O. Box 1805
McAlester, OK 74501

**TO**
Sean Greers DBA US Dept of...
WASHINGTON DC 20044   P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20444

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806,**
June 2002   **Receipt for Registered Mail**   Copy 1 - Customer
*(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®



English        Customer Service        USPS Mobile                                    Register / Sign In

Search USPS.com or Track Packages

Quick Tools          Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| RE841342616US | First-Class Mail® | Delivered | January 10, 2012, 9:47 am | WASHINGTON, DC 20044 | Expected Delivery By: January 6, 2012 |
| | | | | | Registered Mail™ |
| | | | | | Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | January 10, 2012, 8:03 am | WASHINGTON, DC 20044 | |
| | | Arrival at Unit | January 10, 2012, 7:51 am | WASHINGTON, DC 20044 | |
| | | Dispatched to Sort Facility | January 03, 2012, 5:08 pm | MCALESTER, OK 74501 | |
| | | Acceptance | January 03, 2012, 4:26 pm | MCALESTER, OK 74501 | |

**Check on Another Item**

What's your label (or receipt) number?

LEGAL                        ON USPS.COM
Privacy Policy ›             Government Services ›
Terms of Use ›              Buy Stamps & Shop ›
FOIA ›                      Print a Label with Postage ›
No FEAR Act EEO Data ›      Customer Service ›
                           Site Index ›

Copyright© 2012 USPS. All Rights Reserved.



PS Form **3806**,   **Receipt for Registered Mail**       Copy 1 - Customer
June 2002                                           (See Information on Reverse)

For delivery information, visit our website at **www.usps.com** ®

NOTICE OF INTERNATIONAL CLAIM ADMINISTRATIVE REMEDY OF
Ronald Sather, SECURED PARTY
File # 10340-1                                                    Registered Mail # RE 841 342 602 US

### NOTICE: THIS DOCUMENT IS A MATTER OF PUBLIC RECORD



Ronald Sather, Creditor Secured Party
Pittsburg county
The State of Oklahoma
United States of America 1776 AD

Petition for Agreement and Harmony in the Nature of a

## NOTICE OF INTERNATIONAL COMMMERCIAL CLAIM ADMINISTRATIVE REMEDY

File #10340-1

Date: February 9th, 2012

Declarant:      Ronald Sather, Secured Party,
                P.O. Box 122
                McAlester [74501] Oklahoma

Respondent:     Sean Green, DBA SEAN M GREEN, IRS
                U.S. DEPARTMENT OF JUSTICE
                P.O. Box 7238, Ben Franklin Station
                Washington, D.C. 20044

NOTICE OF FAULT – OPPORTUNITY TO CURE

### COMMERCIAL OATH AND VERIFICATION

Pittsburg County)
                              )        Commercial Oath Verified Declaration
The State of Oklahoma    )

Declarant, Ronald Sather, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law.  Ronald Sather will also sign by accommodation on behalf of RONALD SATHER.

Ronald Sather

NOTICE OF INTERNATIONAL CLAIM ADMINISTRATIVE REMEDY OF
Ronald Sather, SECURED PARTY
File # 10340-1                                                    Registered Mail # RE  841 342 602  US

The State of Oklahoma                    }
                                         }        Affirmed
Pittsburg County}

Affirmed before me, ⎯Vickie Wood⎯ a Notary Public, this ⎯ day of

⎯February⎯⎯⎯⎯⎯⎯⎯, 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Notary

## STATEMENT OF FACTS

1. On January 3rd, 2012, AD Respondent,Sean M. Green, DBA SEAN M GREEN,
   IRS, DEPARTMENT OF JUSTICE  received the mailed Notice of International
   Commercial Claim Administrative Remedy, file #10340-1. (See attached copy of
   United States Postal Service Domestic Receipt # RE 841 342 616  US.
2. Declarant granted the Respondent ten days to respond, or in the alternative, admit
   all claims and answers to inquires verified therein.
3. Declarant has received no response from the Respondent.
4. The witness acceptor acknowledges testifies a non response to Notice of
   International Commercial Claim Administrative Remedy dated  January 03  2012.
5. **Sean M. Green, DBA SEAN M GREEN, IRS, U.S. DEPARTMENT OF
   JUSTICE et al,  Respondents, are at fault.**
6. As an operation of law, the Respondent has admitted to the statements, claims and
   answers to inquiries verified therein.
7. The Respondent has a duty to make the appropriate changes agreed to and enforce
   the changes in the referenced documents in the Notice of International
   Commercial Claim Administrative Remedy #10340-1.

## ADMITTED ANSWERS TO INQUIRIES

The Administrative Record for Declarant's International Commercial Claim
Administrative Remedy, File #10340-1, as identified in Statement 1 above, shows that all
of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit
procuration by Respondent's failure/refusal or choice not to respond.

Further Declarant sayeth not.

## OPPORTUNITY TO CURE

In the event the Respondent's failure to respond is an oversight, mistake or otherwise
unintentional, Declarant grants the Respondent three (3) days, exclusive of the day of
receipt, to serve a response to the statements, claims and inquiries in Declarant's petition

of International Commercial Claim Administrative Remedy #10340-1, that the
Respondent received via Registered mail on January 10th 2012 AD as evidence by
Declarant's assertion of facts in Statement 1 of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by the
Respondent through tacit procuration to the statements, claims and answers to inquiries
provided.  Said statements, claims and answers to inquiries shall be deemed STARE
DECISIS.

Based upon the Respondent's default to Declarant's International Commercial Claim
Administrative Remedy, the Respondent may not argue, controvert, or otherwise protest
the administrative findings entered thereby in any subsequent administrative or judicial
proceedings.

The Respondent response must be served upon Declarant exactly as provided:

> Ronald Sather, Creditor Secured Party,
> c/o Lark Lane #506
> McAlester[74501] Oklahoma

Declarant looks forward to the Respondent's timely response.

Further Declarant sayeth naught.

Given under my hand and seal this the ___8___ day of the _Feb_ month of 2012 anno
Domini.
Prepared and submitted by:

Ronald Sather
Declarant

**Registered No.**

RE841342602US

| | | | |
|---|---|---|---|
| Reg. Fee $ | $11.75 | | |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.35 |
| Postage $ | $1.10 | Restricted Delivery $ | $0.00 |
| Received by | | | |

**Date Stamp**

0208
04
02/09/12

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

| Customer Must Declare Full Value $ | $1.00 | ☐ With Postal Insurance |
|---|---|---|
| | | ☐ Without Postal Insurance |

**FROM**   74501

**TO**   WASHINGTON DC 20044

PS Form **3806,** June 2002   **Receipt for Registered Mail**   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20544

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40 |

Postmark Here   FEB 9 2012

7011 0470 0001 6316 5837

Sent To  ADM. OFFICE OF US COURTS, JUDGES Ret. Ser
Street, Apt. No.; or PO Box No.  CAROL SEFREN
City, State, ZIP+4  WASHINGTON, D.C. 20544

PS Form 3800, August 2006   See Reverse for Instructions

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
Ronald Sather, SECURED PARTY
File # 10340-1                                                    Registered Mail #RE 841 342 545 US

Ronald Sather,  Secured Party
Pittsburg county
The State of Oklahoma
United States of America 1776 AD

Petition for Agreement and Harmony in the Nature of a

# NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

File #10340-1

Date: February 22nd, 2012

Declarant:     Ronald Sather,  Secured Party,
               c/o P.O. Box 1805
               McAlester,[74501] Oklahoma


Respondent:    Sean Green, DBA SEAN GREEN,  IRS
               U.S. DEPARTMENT OF JUSTICE, TAX DIV.
               P.O. Box 7238, Ben Franklin Station
               Washington, D.C. 20044


## NOTICE OF DEFAULT

## COMMERCIAL OATH AND VERIFICATION

Pittsburg  county                    )
                                     )        Commercial Oath Verified Declaration
The State of Oklahoma                )

Declarant, Ronald Sather, under his Commercial Oath with unlimited liability proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Declarant's private first hand knowledge and belief under penalty of International Commercial Law.  Ronald Sather will also sign by accommodation on behalf of RONALD H SATHER.

*Ronald  Sather*

Ronald  Sather


The State of Oklahoma                }


*1* of  3
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY OF
Ronald Sather, SECURED PARTY
File # 10340-1                                    Registered Mail #RE 841 342 545 US

                              }        Affirmed
Pittsburg county              }

Subscribed before me, *Melanie Sevall* a Notary Public, this 22 day of
*February*             , 2012.

*Melanie Sevall*

Notary

Notary Public
State of Oklahoma
MELANIE SEVALL
COMMISSION #06008288
Comm. Exp. 08-23-2014

## STATEMENT OF FACTS

1. On January 3rd , 2012, AD the Respondent received service of petition for Agreement and Harmony in the Nature of a Notice of International Commercial Claim Administrative Remedy, file #10340-1.
2. Declarant granted the Respondent ten days to respond, or in the alternative, admit all claims and answers to inquires verified therein.
3. On Feburary 9th , 2012, AD the Respondent received service of a NOTICE OF DEFAULT – OPPORTUNITY TO CURE regarding file #10340-1, and was therein granted three (3) additional days to cure the condition of Default.
4. The witness acceptor acknowledges testifies a non response to Notice of International Commercial Claim Administrative Remedy dated  January 3rd, 2012.
5. Declarant has received no response from the Respondent.
6. **The Respondent is at Default.**
7. As an operation of law, the Respondent has admitted to the statements, claims and answers to inquiries verified therein.
8. The Respondent has a duty to make the appropriate changes agreed to and enforce the changes in the referenced documents in the Notice of International Commercial Claim Administrative Remedy #10340-1.

## ADMITTED ANSWERS TO INQUIRIES

**Statement:** The Administrative Record for Declarant's International Commercial Claim Administrative Remedy, File #10340-1, as identified in Statement 1 above, shows that all of the Inquiries in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by Respondent's failure/refusal or choice not to respond.

**Response:** Respondent admits the answer is: YES

Further Declarant sayeth not.

## DEFAULT

Based upon the United States of America and its Officers and the Internal Revenue Services and its Co-Party and Officers Default to Declarant's administrative process, the United States of America and its Officers and the Internal Revenue Services and its Co-

Party and Officers may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceeding.

Given under my hand and seal this the ___ day of the ___ month of 2012 anno Domini.

Prepared and submitted by:


Ronald Sather
Declarant



For delivery information, visit our website at *www.usps.com* ®