# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:10-CV-340-DLR |
| ) | |
| RONALD H. SATHER, ) | |
| BARBARA SATHER, ) | |
| BANK OF OKLAHOMA, N.A., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendant Ronald Sather has filed a pleading [Doc. No. 94] which although virtually unintelligible, the Court construes it to be a motion to reconsider some of the Court's prior orders.

The pleading fails to set forth any legal justification for reconsideration of any prior orders entered by the Court. The motion is DENIED.

IT IS SO ORDERED this 29th day of February, 2012.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE